**JZE ELECTRIC, INC., d/b/a Hilliard Electric, Petitioner**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

Nos. 05–1109, 05–1151.

United States Court of Appeals, District of Columbia Circuit.

Feb. 23, 2006.

Alan G. Ross, Ross, Brittain & Schonberg, Cleveland, OH, for Petitioner.

Jill A. Griffin, Arthur F. Rosenfeld, Aileen A. Armstrong, Deputy Associate General Counsel, John H. Ferguson, Assistant General Counsel, Margery Ellen Lieber, Assistant General Counsel, Heather Stacy Beard, National Labor Relations Board, Washington, DC, for Respondent.

Before: RANDOLPH and GARLAND, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

## *JUDGMENT*

PER CURIAM.

This case was considered on the record from the National Labor Relations Board and on the briefs of the parties. The court has determined the issues presented occasion no need for oral argument. *See* D.C.Cir. Rule 34(j). We reject the petitioner's arguments for the reasons stated by the Board in its decision ordering the employer to bargain with the union and its decision certifying the election (including the hearing officer's report on objections, insofar as adopted by the Board).

**ORDERED AND ADJUDGED** that the petition for review is denied and the cross-application for enforcement is granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.